BEFORE THE THIRD DIVISION, MARCH 4, 1959

**No. 62804.**—H. W. Ebert Co. *v.* United States, protest 58/3650 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62805.**—Greenville Mills, Inc. *v.* United States, protest 58/5478 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62806.**—Lang & Marshall Company, Inc. *v.* United States, protest 58/5648 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62807.**—Pagel, Horton & Co., Inc. *v.* United States, protest 58/6468 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62808.**—Haroco Company, Inc. *v.* United States, protest 58/3748 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 62809.**—International Expediters, Inc. *v.* United States, protest 58/3799 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.